```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481
                                                    OK/HAV


Attorney for Defendant
PARKEV KRMOIAN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0405 DFL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS CONFERENCE; AND** |
| PARKEV KRMOIAN, | ) | **ORDER** |
| Defendant. | ) | |
| | ) | Current Date: 1/18/07 at 10:00am |
| _____ | ) | Proposed Date: 3/22/07 at 10:00am |

    Defendant PARKEV KRMOIAN by and through his attorney of record, GARO B. GHAZARIAN, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney MATTHEW D. SEGAL, hereby seek and stipulate to a continuance of the status conference date. The status conference for defendant PARKEV KRMOIAN in this matter is currently scheduled for January 18, 2007 at 10:00 a.m. The parties seek to continue the status conference to March 22, 2007 at 10:00 a.m.

1

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On November 8, 2006, defendant PARKEV KRMOIAN was arraigned on the indictment before the Honorable Dale A. Drozd, at which time, a status conference was scheduled for January 18, 2007.  The court found that the time period from November 8, 2006, to January 18, 2007 was excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

2.  By this stipulation, the parties jointly move to continue the status conference from January 18, 2007, at 10:00 a.m. to March 22, 2007, at 10:00 a.m.

3.  The requested continuance of the status conference is necessary because defense counsel needs additional time to review the discovery, discuss the case with defendant KRMOIAN, conduct pretrial investigation and prepare this case for trial.

4.  Failure to grant the above-requested continuance would deny the defendant's counsel the reasonable time necessary for effective preparation and representation of defendant PARKEV KRMOIAN, for effective plea negotiations, and for trial preparation if plea negotiations fail, taking into account the exercise of due diligence.

5.  The Government does not object to the continuance.

6.  Defendant PARKEV KRMOIAN's counsel has discussed defendant's speedy trial rights and this stipulation with the defendant.  Defendant PARKEV KRMOIAN concurs with the

2

requested continuance.

    7.  The time from January 18, 2007 to March 22, 2007, constitutes a reasonable period of delay.

    8.  Based on the foregoing facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    9.  The time from January 18, 2007 to March 22, 2007, inclusive, is properly excludable from the computation of the time within which trial of this action must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

    10. For the purpose of computing such time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period starting January 18, 2007 to March 22, 2007, should be excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    11.  The parties agree and stipulate, and ask the Court to find, that nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which the status conference is scheduled.

```
 1  IT IS SO STIPULATED.
 2                                   Respectfully submitted,
 3  Date: January 17, 2007            /S/Garo Ghazarian
                                     GARO B. GHAZARIAN
 4                                   Attorney for Defendant
 5                                   PARKEV KRMOIAN
 6
 7                                   McGREGOR W. SCOTT
 8                                   United States Attorney
 9                                   Garo Ghazarian for Matthew
10  Dated: January 17, 2007          Matthew Segal /S/
                                     MATTHEW D. SEGAL
11                                   Assistant United States Attorney
                                     Attorney for Plaintiff
12                                   UNITED STATES OF AMERICA
13
...
28
```

**O R D E R**

In light of the foregoing stipulation, and good cause appearing thereon, IT IS HEREBY FOUND AND ORDERED as follows:

1. The status conference for defendant PARKEV KRMOIAN is continued from January 18, 2007, at 10:00 a.m. to March 22, 2007, at 10:00 a.m.

2. For the purpose of computing the time within which trial must commence under the Speedy Trial Act, the period of time from January 18, 2007 through and including March 22, 2007, shall be deemed excludable pursuant to U.S.C. § 3161, et. seq.

IT IS SO ORDERED.

Dated: January 18, 2007

/s/ David F. Levi
HONORABLE DAVID F. LEVI
UNITIED STATES DISTRICT JUDGE