1 MCGREGOR W. SCOTT
  United States Attorney
2 MATTHEW D. SEGAL
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2708

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )      CASE NO. CR S 06-405 DFL
                                    )
11                Plaintiff,        )
                                    )
12      v.                          )      ORDER
                                    )      EXCLUDING TIME
13 PARKEV KRMOIAN                   )
                                    )
14                Defendant.        )
                                    )
15 _____  )

16

17      The parties have requested that the status conference in

18 this case be continued from January 18, 2007 to March 22, 2007.

19 They have also stipulated and agreed for particularized reasons

20 that this period is properly excluded from calculation under the

21 Speedy Trial Act.  Counsel for the Defendant requires further

22 time to investigate, review discovery, meet with the Defendant,

23 and prepare for trial.  (Stip. ¶ 3.)  The ends of justice are

24 served by the Court excluding the entire period of time from

25 January 18, 2007 through March 22, 2007, so that counsel may have

26 reasonable time necessary for effective preparation for trial,

27 taking into account the exercise of due diligence.  18 U.S.C. §

28 3161(h)(8)(B)(iv).  The interests of justice served by granting

                                    1

1  this continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.   18 U.S.C. § 3161(h)(8)(A).

3

4                                    **SO ORDERED.**

5
   DATE: 01/23/2007
6                                     /s/ David F. Levi
                                      HON. DAVID F. LEVI
7                                     U.S. District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28