```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100                    OK/HAV
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>PARKEV KRMOIAN               )<br>                             )<br>            Defendant.       )<br>_____) | CASE NO. CR 2:06-405 DFL<br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME |

The parties requested that the status conference in this case be continued to June 7, 2007. They stipulate that the time between March 28, 2007 and June 7, 2007 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties need time to evaluate evidence relevant to the loss calculation in this case and the appropriateness of any motions under Fed. R. Crim. P. 12. The parties stipulate and agree that the interests

1

of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

On June 7, 2007, if the matter does not resolve, the parties will be prepared to set dates in this case.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT  
                                        United States Attorney

DATE: May 17, 2007          By:   /s/ Matt Segal  
                                        MATTHEW D. SEGAL  
                                        Assistant U.S. Attorney

DATE: May 17, 2007                /s/ Garo Ghazarian  
                                        GARO GHAZARIAN  
                                        Attorney for Parkev Krmoian

                                        **SO ORDERED.**

DATE: May 17, 2007  
                                        /s/ David F. Levi  
                                        HON. DAVID F. LEVI  
                                        U.S. District Judge