MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 2:06-405 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| PARKEV KRMOIAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued to July 31, 2007 at 9:00 a.m.. They stipulate that the time between June 26, 2007 and July 31, 2007 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties need time to evaluate additional evidence relevant to the loss calculation in this case and the appropriateness of any motions under Fed. R. Crim. P. 12. The parties stipulate and agree that

the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

On July 31, 2007, if the matter does not resolve, the parties will be prepared to set dates in this case.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: July 11, 2007        By:   /s/ Matt Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney


DATE: July 11, 2007              /s/ Garo Ghazarian
                                 GARO GHAZARIAN
                                 Attorney for Parkev Krmoian


                                 **SO ORDERED.**

DATE: July 11, 2007              _____
                                 HON. D. LOWELL JENSEN
                                 U.S. District Judge